AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| KENDALL J. BAKER, | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 12-CV-0093-TOR |
| | ) |
| CAROLYN W. COLVIN, Acting Commissioner | ) |
| of Social Security Administration, | ) |
| *Defendant* | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑  other:   Pursuant to sentence four of 42 U.S.C. § 405(g), this action is REVERSED and REMANDED to the Commissioner
for further proceedings consistent with the Order of Remand.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision
was reached.

☑  decided by Judge   THOMAS O. RICE _____ on a stipulated motion for remand.

Date:   November 1, 2013 _____

CLERK OF COURT

SEAN F. McAVOY _____

s/ Linda L. Hansen _____
*(By) Deputy Clerk*

Linda L. Hansen _____